FILE COPY



# Court of Appeals

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

PATRICK A. PIRTLE
Justice

VIVIAN LONG
Clerk

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

August 22, 2017

Bryan Denham
Assistant District Attorney
715 South Dumas Avenue, Room 304
Dumas, TX 79029
* DELIVERED VIA E-MAIL *

Timothy D. Salley
TIMOTHY D. SALLEY,
ATTORNEY AT LAW
625 East 7th, Suite C
Dumas, TX 79029
* DELIVERED VIA E-MAIL *

**RE:** Case Number: 07-17-00148-CR, 07-17-00149-CR
Trial Court Case Number: 5401

**Style:** Adam Granado v. The State of Texas

Dear Counsel:

Pursuant to Tex. R. App. P. 39.1, the above styled and numbered cause will be submitted without oral argument on **September 12, 2017**.

Very truly yours,

*Vivian Long*
VIVIAN LONG, CLERK